UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN NORMAN,<br><br>   Plaintiff,<br><br> v.<br><br>HARRIS BAY AREA, LLC,<br><br>   Defendant. | Case No.  23-cv-05693-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to *Norman v. Harris Bay Area, LLC*, 3:23-cv-05692-AMO.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
RITA F. LIN
United States District Judge