1  Elizabeth Parker-Fawley (SBN 301592)
   *elizabeth@calljustice.com*
2  Won Christina Chang (SBN 327168)
   *w.christina@calljustice.com*
3  **LAWYERS FOR JUSTICE, PC**
   410 West Arden Avenue, Suite 203
4  Glendale, California 91203
   Telephone:  (818) 265-1020
5  Facsimile:  (818) 265-1021
   *Attorneys for* Plaintiff
6
   Jesse C. Ferrantella (SBN 279131)
7  jesse.ferrantella@ogletree.com
   Yousaf M. Jafri (SBN 314773)
8  yousaf.jafri@ogletree.com
   **OGLETREE, DEAKINS, NASH,**
9  **SMOAK & STEWART, P.C.**
   4660 La Jolla Village Drive, Suite 900
10 San Diego, CA 912122
   Telephone: (858) 652-3100
11 Facsimile: (858) 652-3101
   *Attorney for* Defendants

12

**UNITED STATES DISTRICT COURT**

13

**NORTHERN DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| ALVIN NORMAN, individually, and on behalf of other members of the general public similarly situated; | Class Case No.: 3.23-CV-05692-AMO *(Lead Case)* PAGA Case No: 3.23-CV-05693-AMO |
| Plaintiff, | Honorable Araceli Martínez-Olguín |
| vs. | **JOINT STIPULATION RE: DISMISSAL** |
| HARRIS BAY AREA, LLC, a Minnesota limited liability company; and DOES 1 through 100, inclusive, | Class Complaint Filed:           September 13, 2023 Jury Trial Date:   None Set |
| Defendants. | |
| ALVIN NORMAN, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; | PAGA Complaint Filed:           September 13, 2023 Jury Trial Date:   None Set |
| Plaintiff, | |
| vs. | |
| HARRIS BAY AREA, LLC, a Minnesota limited liability company; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

**JOINT STIPULATION RE: DISMISSAL**

**IT IS HEREBY STIPULATED,** by and between Plaintiff Alvin Norman ("Plaintiff") and Defendant Harris Bay Area, LLC ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, as follows:

**WHEREAS,** on September 13, 2023, Plaintiff filed a class action in the Superior Court of the State of California, County of San Francisco, entitled Alvin Norman, individually, and on behalf of other members of the general public similarly situated; Plaintiff, vs. Harris Bay Area, LLC, a Minnesota limited liability company; and Does 1 through 100, inclusive, Defendants, Case No. CGC-23-609051 (Class Action);

**WHEREAS,** on September 13, 2023, Plaintiff filed a representative action in the Superior Court of the State of California, County of San Francisco, entitled Alvin Norman, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act; Plaintiff, vs. Harris Bay Area, LLC, a Minnesota limited liability company; and Does 1 through 100, inclusive, Defendants, Case No. CGC-23-609048 (PAGA Action);

**WHEREAS**, on November 3, 2023, Defendant filed a Notice of Removal of Civil Action to United States District Court in the Class Action. (Class Action Docket No. 01);

**WHEREAS**, on November 3, 2023, Defendant filed a Notice of Removal of Civil Action to United States District Court in the PAGA Action. (PAGA Action Docket No. 01);

**WHEREAS,** on November 7, 2023, Defendant filed a Notice of Related Case. (PAGA Action Docket No. 09);

**WHEREAS,** on December 27, 2023, the Court determined that the cases are related;

**WHEREAS**, on March 27, 2023, the Parties filed, and the Court granted a Stipulation to Consolidate Related Cases Pursuant to FRCP 42(a)(1). (Class Action Docket No. 21);

**WHEREAS**, Plaintiff has agreed to settle his individual claims with Defendant and to dismiss his individual claims asserted in the Action with prejudice;

**WHEREAS,** the Parties agree that no notice of any kind has been given to putative class members of this action or the claims made in this action and thus no notice of dismissal is necessary.

**NOW, THEREFORE,** the Parties hereby request an Order dismissing the entire Action, with Plaintiff's individual claims dismissed with prejudice and the class and representative claims dismissed without prejudice.

Date: July 2, 2024

**LAWYERS *for* JUSTICE, PC**

By:   /s/ Won Christina Chang

_____
Elizabeth Parker-Fawley
Won Christina Chang
*Attorneys for* Plaintiff

Date: July 2, 2024

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By:   /s/ Yousaf M. Jafri

_____
Jesse C. Ferrantella
Yousaf M. Jafri
*Attorneys for* Defendants

Elizabeth Parker-Fawley (SBN 301592)
*elizabeth@calljustice.com*
Won Christina Chang (SBN 327168)
*w.christina@calljustice.com*
**LAWYERS FOR JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone:  (818) 265-1020
Facsimile:  (818) 265-1021
*Attorneys for* Plaintiff

Jesse C. Ferrantella (SBN 279131)
jesse.ferrantella@ogletree.com
Yousaf M. Jafri (SBN 314773)
yousaf.jafri@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
4660 La Jolla Village Drive, Suite 900
San Diego, CA 912122
Telephone: (858) 652-3100
Facsimile: (858) 652-3101
*Attorney for* Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN NORMAN, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS BAY AREA, LLC, a Minnesota limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Class Case No.: 3.23-CV-05692-AMO<br>*(Lead Case)*<br>PAGA Case No: 3.23-CV-05693-AMO<br><br>Honorable Araceli Martínez-Olguín<br><br>**[PROPOSED]** ORDER<br><br>Class Complaint<br>Filed:            September 13, 2023<br>Jury Trial Date:   None Set |
| ALVIN NORMAN, individually, and on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS BAY AREA, LLC, a Minnesota limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | PAGA Complaint<br>Filed:            September 13, 2023<br>Jury Trial Date:   None Set |

## [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure Rule 41, Plaintiff Alvin Norman ("Plaintiff") and Defendant Harris Bay Area, LLC's ("Defendant") Joint Stipulation re: Dismissal, all records in the action, and for good cause shown, IT IS HEREBY ORDERED AS FOLLOWS:

1. The entire Complaint for Damages ("Complaint"), and all causes of action therein, are hereby dismissed.
2. Plaintiff's individual claims are hereby dismissed <u>with prejudice</u>.
3. The class claims are dismissed <u>without prejudice.</u>
4. The PAGA representative claims are dismissed <u>without prejudice.</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____July 12, 2024        By: _____
                                            Honorable Araceli Martínez-Olguín